IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KURT KRENZ,

     Plaintiff,

v.

JEFF WILSON, RON CRAMER,
DANIEL BRESINA, RODNEY STEARNS,
KIRK OLSON, DONALD HENNING, BRIAN
BEHRENDT, MELISSA SOMMERS, JAMES
HAWWORTH, CHAD DACHEL, ADAM
PROROK, JACKIE O'BRYAN, NANCY
SHILTS, HEATHER WOLSKE, MICHAEL
STEUER, PETER RINDAL, GARY KING, and
EAU CLAIRE COUNTY,

     Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-2-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) dismissing Nancy Shilts, Heather Wolske, Michael Steuer, Peter Rindal, Gary King and Eau Claire County for failure to state a claim upon which relief can be granted; and

(2) dismissing this case without prejudice for plaintiff Kurt Krenz's failure to prosecute it.

/s/                                 6/13/2017

Peter Oppeneer, Clerk of Court              Date